# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCENA JAMESON,<br>    Petitioner | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 3:10-10733 -MAP |
| ERIC HOLDER, et al.,<br>    Respondent | )<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Eric Holder, et al., against the petitioner Alcena Jameson, pursuant to the court's endorsed order entered this date, granting respondent's motion to dismiss.

                                                            **SARAH A. THORNTON**,
                                                            CLERK OF COURT

Dated:  September 9,  2010                  By  /s/ *Maurice G. Lindsay*
                                                            Maurice G. Lindsay
                                                            Deputy Clerk


(Civil Judgment re Pet v. Resp 4 (rutine).wpd - 11/98)
                  [jgm.]